Anthony L. HAUBRICH; Lecia R. Connors, formerly known as Lecia R. MacLeod; Ryan P. Connors; Gaoxee M. Yang; Daua Yang, Plaintiffs–Appellants

v.

U.S. BANK NATIONAL ASSOCIATION; Mortgage Electronic Registration Systems, Inc.; MERSCORP, Inc.; Federal Home Loan Mortgage Corporation, Defendants–Appellees.

No. 12–3194.

United States Court of Appeals, Eighth Circuit.

Submitted: July 19, 2013.

Filed: July 25, 2013.

William Bernard Butler, Minneapolis, MN, for Appellant.

Peter William Carter, Michael Stinson, Brian L. Vander Pol, Minneapolis, MN, for Appellee.

Before MURPHY, SHEPHERD, and KELLY, Circuit Judges.

PER CURIAM.

Plaintiffs appeal the district court's [1] order granting defendants' motion to dismiss their quiet-title claims. Following de novo review, we agree with the district court that plaintiffs' complaint allegations provide no factual support for conclusory and speculative assertions concerning deficiencies in the assignment and recording of notes and mortgages preceding foreclosure proceedings. *See Blaylock v. Wells Fargo Bank, N.A.,* 502 Fed.Appx. 623, 623–24 (8th Cir.2013) (unpublished per curiam); *Karnatcheva v. JPMorgan Chase Bank, N.A.,* 704 F.3d 545, 547–48 (8th Cir.), *petition for cert. filed,* 81 USLW 3670 (Apr. 29, 2013) (No. 12–1303). We therefore affirm. *See* 8th Cir. R. 47B.

1.  The Honorable David S. Doty, United States District Judge for the District of Minnesota.